IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| DUE FORNI, LLC, | * |
| Plaintiff, | * |
| v. | * Case No.: PWG-13-3861 |
| EURO RESTAURANT SOLUTIONS, INC., *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF JUDGMENT**

The jury having returned a verdict in favor of Defendants Euro Restaurant Solutions, Inc. and Francesco Marra, and against Plaintiff Due Forni LLC, it is this 17th day of Juanary, 2017, ORDERED that:

1. Judgment is entered in favor of Defendants and against Plaintiff.

2. Defendants are entitled to costs in accordance with Fed. R. Civ. P. 54(d)(1).

3. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

*Paul W. Grimm*
United States District Judge