

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 157658 | 1/10/2017 | 131390 |
| **Job Date** | **Case No.** | |
| 12/29/2016 | 8:13-CV-03861-PWG | |
| **Case Name** | | |
| Due Forni, LLC -v- Euro Restaurant Solutions, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Levi S. Zaslow, Esquire
Joseph, Greenwald & Laake, PA
6404 Ivy Lane
Suite 400
Greenbelt, MD  20770

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Leonardo Melgar | 111.00 | Pages | 1,221.00 |
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Michael Girgis | 90.00 | Pages | 891.00 |
| Exhibits | 15.00 | Pages | 5.25 |
| On-Site Photocopying | 38.00 | Pages | 17.10 |
| Shipping & Handling | | | 35.00 |
| **TOTAL DUE  >>>** | | | **$2,169.35** |

Client Matter No.   :  021224.001

Leondardo Melgar:  Expedited: $11.00 per page.
Michael Girgis: Expedited: $9.90 per page

Standard turn around rate:  $5.50 per page
Standard turn around invoice total without expedite premium would be: $1,162.85

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289            Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Levi S. Zaslow, Esquire
Joseph, Greenwald & Laake, PA
6404 Ivy Lane
Suite 400
Greenbelt, MD  20770

| | | |
|---|---|---|
| Invoice No. | : | 157658 |
| Invoice Date | : | 1/10/2017 |
| **Total Due** | **:** | **$2,169.35** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 131390 |
| BU ID | : | 43-SoCal-R |
| Case No. | : | 8:13-CV-03861-PWG |
| Case Name | : | Due Forni, LLC -v- Euro Restaurant Solutions, Inc., et al. |

Exhibit 2



|  |  |  |
|---|---|---|
| **Invoice No.** | **Invoice Date** | **Job No.** |
| 157658 | 1/10/2017 | 131390 |
| **Job Date** | **Case No.** | |
| 12/29/2016 | 8:13-CV-03861-PWG | |
| **Case Name** | | |
| Due Forni, LLC -v- Euro Restaurant Solutions, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Levi S. Zaslow, Esquire
Joseph, Greenwald & Laake, PA
6404 Ivy Lane
Suite 400
Greenbelt, MD  20770

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Levi S. Zaslow, Esquire
Joseph, Greenwald & Laake, PA
6404 Ivy Lane
Suite 400
Greenbelt, MD  20770

Invoice No.    :   157658
Invoice Date   :   1/10/2017
**Total Due**  :   **$2,169.35**

Remit To:   **Planet Depos, LLC**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

Job No.      :   131390
BU ID        :   43-SoCal-R
Case No.     :   8:13-CV-03861-PWG
Case Name    :   Due Forni, LLC -v- Euro Restaurant
                 Solutions, Inc., et al.

Exhibit 2