

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 158158 | 1/16/2017 | 131392 |
| Job Date | Case No. | |
| 12/29/2016 | 8:13-CV-03861-PWG | |
| Case Name | | |
| Due Forni, LLC -v- Euro Restaurant Solutions, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Levi S. Zaslow, Esquire
Joseph, Greenwald & Laake, PA
6404 Ivy Lane
Suite 400
Greenbelt, MD  20770

```
VIDEOCONFERENCING SERVICES:
    VC - Los Angeles, CA
        Videoconference Room                              4.00  Hours        1,000.00
VIDEOCONFERENCING SERVICES:
    VC - Greenbelt, MD
        Videoconference Room                              4.00  Hours          500.00
                                                  TOTAL DUE  >>>            $1,500.00
```

Client Matter No.    :  021224.001

Witnesses: Leonardo Melgar; Mike Girgis

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Levi S. Zaslow, Esquire
Joseph, Greenwald & Laake, PA
6404 Ivy Lane
Suite 400
Greenbelt, MD  20770

Invoice No.    :  158158
Invoice Date   :  1/16/2017
**Total Due**  :  **$1,500.00**

Remit To:  **Planet Depos, LLC**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

Job No.     :  131392
BU ID       :  26-VC
Case No.    :  8:13-CV-03861-PWG
Case Name   :  Due Forni, LLC -v- Euro Restaurant Solutions, Inc., et al.

Exhibit 3